# **EXHIBIT 2**

Discord
"Register" Page

## Create an account

EMAIL

USERNAME

PASSWORD

Continue

Already have an account?

By registering, you agree to Discord's Terms of Service and Privacy Policy.