# **EXHIBIT 5**

Haley Britzky,
"Charlottesville marchers have been fired, disowned, arrested,"
AXIOS (Aug. 24, 2017)

 

**AXIOS**

 Haley Britzky Aug 24    

# Charlottesville marchers have been fired, disowned, arrested



Aug. 12, 2017 image shows s white supremacist carrying a NAZI flag into the entrance to Emancipation Park in Charlottesville, Va. AP/Steve Helber

It's been almost two weeks since the white supremacy rally in Charlottesville. Since then, several participants have been identified online, led by a Twitter account, @YesYoureRacist. Here's a look at the backlash they've faced:

- **Cole White and Ryan Roy - unemployed:** The Washington Post reports that White resigned voluntarily from libertarian restaurant Top Dog. USA Today reports Roy lost his job after appearing in a VICE News documentary about the protest; he said this "proves [his] point."

- **Pete Tefft - disowned:** His father said he "is "not welcome at our family gatherings any longer," according to the New York Post.

**AXIOS**

- **Christopher Cantwell - in police custody:** The New York Times reports Cantwell, the focus of the VICE documentary about the protest, is facing three felony charges.

POLITICS

Jonathan Swan, Mike Allen 11 hours ago

FEATURED

# Scoop: Inside Trump's 2020 startup

Illustration: Rebecca Zisser/Axios

As President Trump's campaign aides quietly launch his reelection campaign, they're eyeing two states as possible pickups for 2020: Minnesota, where Trump came close in 2016 without even trying; and Colorado, where his hands-off approach to marijuana enforcement is a possible selling point.