```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611133622
Cashier ID: sprinka
Transaction Date: 05/16/2018
Payer Name: specialized legal services inc
```

MISCELLANEOUS PAPERS
 For: specialized legal services inc
 Case/Party: D-CAN-3-18-MC-080080-001
 Amount:         $47.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 56336
 Amt Tendered:  $47.00

Total Due:      $47.00
Total Tendered: $47.00
Change Amt:      $0.00

jcs

Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.