Sean P. Rodriguez (SBN 262437)
BOIES SCHILLER FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Phone: 510/874-1000
Facsimile: 510/874-1460
srodriguez@bsfllp.com
*Attorney for Respondents, the
Plaintiffs in the Underlying Action*

Marc J. Randazza (SBN 269535)
Alex J. Shepard (SBN 295058)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Tel: (702) 420-2001
Fax: (305) 437-7662
MJR@randazza.com
ajs@randazza.com
*Attorneys for Movant Jane Doe*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  Motion of Non-Party JANE DOE<br><br>ELIZABETH SINES, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>JASON KESSLER, et al.,<br><br>     Defendant. | Case No. 3:18-mc-80080-JCS<br><br>**STIPULATED REQUEST TO CHANGE TIME TO RESPOND TO THE OPENING MOTION IN THIS ACTION TO QUASH A FOREIGN SUBPOENA; [PROPOSED] ORDER** |

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 6(b), and Civil Local Rule 6-2, counsel on both sides of this action to quash a foreign subpoena stipulate to an order extending the time to respond to the opening motion by one week. The current deadline is May 30, 2018, and the proposed new deadline is June 6, 2018.

\*    \*    \*

The underlying action was brought by Elizabeth Sines, et al. ("Respondents") on October 11, 2017 in the Western District of Virginia, where it remains pending. (*Sines v. Kessler*, No. 17-CV-72 (W.D. Va.).)

Plaintiffs issued a subpoena to non-party Discord, Inc. on January 2, 2018, returnable in this District.

Non-party movant Jane Doe filed the instant action to quash that subpoena on May 16, 2018. Respondents' opposition brief is therefore currently due on May 30, 2018.

Respondents request a one-week extension, to June 6, 2018. Movant stipulates to the new due date.

No other requests for an extension have been made in this action. There is no hearing or argument date scheduled in this case that would be affected by the request. The accompanying declaration of Sean P. Rodriguez states Respondents' reasons for the requested change. (Civ. L.R. 6-2(a)(1).)

|   |   |   |
|---|---|---|
| 1 | **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.** | |
| 2 | | |
| 3 | Dated:  May 23, 2018 | Respectfully submitted, |
| 4 | | BOIES SCHILLER FLEXNER LLP |
| 5 | | |
| 6 | | By: */s/ Sean P. Rodriguez* |
| 7 | | Sean P. Rodriguez<br>1999 Harrison Street, Suite 900 |
| 8 | | Oakland, CA 94612<br>Phone: 510/874-1000 |
| 9 | | Facsimile: 510/874-1460<br>srodriguez@bsfllp.com |
| 10 | | *Attorney for Respondents, the*<br>*Plaintiffs in the Underlying Action* |
| 11 | | |
| 12 | Dated: May 23, 2018 | RANDAZZA LEGAL GROUP, PLLC |
| 13 | | |
| 14 | | By: */s/ Alex J. Shepard* |
| 15 | | Alex J. Shepard<br>2764 Lake Sahara Drive, Suite 109 |
| 16 | | Las Vegas, NV 89117<br>Tel: (702) 420-2001 |
| 17 | | Fax: (305) 437-7662<br>ajs@randazza.com |
| 18 | | *Attorneys for Movant Jane Doe* |

**FILER'S ATTESTATION**

I, Sean P. Rodriguez, am the ECF user whose identification and password are being used to file this Stipulation.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories on this document have concurred in this filing.

*/s/ Sean P. Rodriguez*
Sean P. Rodriguez

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 24, 2018

_____
Hon. Joseph C. Spero
United States Magistrate Judge