# Exhibit 8



## Unicorn Riot Discord Leaks

Unicorn Riot obtained hundreds of thousands of messages from white supremacist and neo-nazi Discord chat servers after Charlottesville. Unicorn Riot Discord Leaks opens far-right activity centers to public scrutiny through data journalism.

[ full coverage | support our work | about us | follow on tw: @ur ninja | livestream | facebook | vimeo ]

### Chat Server List

**Anticom**
#general [188,296]
#rules_and_pastebin [0]
#rules_and_pastebin [6]

**Southern Front**
#operations [230]
#updates [65]
#general [26,997]

**Pony Power**
#my-little-pony-memes [93]
#general-chat [304]
#nuances-of-pony-politics [248]
#faces-of-rainbow-ponies [469]

**Charlottesville 2.0**
#beltway_bigots [613]
#promotion_and_cyberstrike [165]
#safety_planning [835]
#dixie-lyrics [2]
#ky_tn [32]
#shuttle_service_information [172]
#ny_nj [29]
#mod_help [426]
#flags_banners_signs [686]
#sponsors_only [12]
#ma_ct_ri [80]

## Search the Discord chat database

[Search query]
[Charlottesville 2.0 ▼] [Search]

## Message by kristall.night, in Charlottesville 2.0, #general_1

༼ Heimdulf - VA ༽   #general_1   [server: Charlottesville 2.0] view
Jun 30, 2017 03:07:18 PM

@Hand Banana I think we should prepare as if we expect 300 feral nogs to come fight us tbh

kristall.night   #general_1   [server: Charlottesville 2.0] view
Jun 30, 2017 03:07:21 PM

They call themselves anarchists, but they're communists.

Hand Banana   #general_1   [server: Charlottesville 2.0] view
Jun 30, 2017 03:07:23 PM

The future of America and the White Race will be decided by probably 5-10% of the country fighting in the streets. The masses will fall in line with the winner.

Fevs   #general_1   [server: Charlottesville 2.0] view
Jun 30, 2017 03:07:28 PM

#confirmed_participants [299]

#lodging [159]

#i_need_a_sponsor [40]

#alex_jones_chat [989]

#sunday-night [49]

#chants- [9]

#midwest_region [41]

#voice_chat [42]

#friday-night [158]

#carpool_wanted [123]

#great_lakes_region [83]

#general_1 [22,919]

#georgia [38]

#pennsylvania [69]

#vt_nh_me [8]

#lodging_wanted [142]

#news [1,050]

#tx_ok [70]

#virginia_laws [510]

#questions_for_coordinators [435]

#gear_and_attire [1,315]

#lodging_available [66]

#self_promotion [254]

#code_of_conduct [2]

#jukebox [114]

#pictures_and_video [48]

#demonstration_tactics [483]

#california_pacific_nw [74]

#carolinas [593]

#florida [190]

#announcements [67]

#carpool_available [112]

#dc_va_md [320]

#antifa_watch [1,683]

**Front And Center**

#general [47]

#general [1,269]

#general [466]

#general [790]

---

The anarchists are still communists lmao

**Hand Banana**  #general_1  [server: Charlottesville 2.0] view
Jun 30, 2017 03:07:32 PM

You've seen this time and time again

**TheFash**  #general_1  [server: Charlottesville 2.0] view
Jun 30, 2017 03:07:40 PM

Agreed McCarthy

**ManWithTheHand**  #general_1  [server: Charlottesville 2.0] view
Jun 30, 2017 03:07:44 PM

@kristall.night I agree with that

**PrimitveXaoc**  #general_1  [server: Charlottesville 2.0] view
Jun 30, 2017 03:07:58 PM

We (our local get together group) have a token injun who is former Antifa ♀ some on the far dark side and still transition.

**Hand Banana**  #general_1  [server: Charlottesville 2.0] view
Jun 30, 2017 03:08:27 PM

Anarchists and Communists of whatever flavor are the main enemy for us to overcome. Once we do that, we win.

**Hand Banana**  #general_1  [server: Charlottesville 2.0] view
Jun 30, 2017 03:08:35 PM

NAXALT means nothing to me

**Hand Banana**  #general_1  [server: Charlottesville 2.0] view
Jun 30, 2017 03:09:02 PM

I would rather appeal to 10 hard right guys who think a book burning looks rad than one feathernigger who might be swayed by a softer message.

#general [265]
#general [154]
#announcements [181]
#general [604]
#general [256]
#network_creation [746]
#contact_info [50]
#nirlv_general [257]
#general [290]
#general [607]
#general [62]
#nirlv_general [297]
#general [461]
#general [495]
#general [150]
#general [509]
#general [353]
#general [1,347]
#general [241]
#general [113]
#general [457]
#general [136]
#general [469]
#general [315]
#general [843]
#general [8,900]
#social-media [421]
#activism [4,702]
#contact_info [31]
#general [414]
#general [435]
#general [328]
#general [233]
#general [449]

**Operation Wolverine**
#commander-chat [50]
#verified [293]
#general [537]

**kristall.night** #general_1 [server: Charlottesville 2.0] view
Jun 30, 2017 03:09:20 PM

Of course some of them do switch sides, but it's not because we're tiptoeing around worrying about optics

**Hand Banana** #general_1 [server: Charlottesville 2.0] view
Jun 30, 2017 03:09:28 PM

And no matter how moderate your message is and how hard you worry about optics the headlines and news coverage is the same.

**PrimitveXaoc** #general_1 [server: Charlottesville 2.0] view
Jun 30, 2017 03:09:33 PM

That's not what I was saying.....lol he'd be happy to burn books.

**ManWithTheHand** #general_1 [server: Charlottesville 2.0] view
Jun 30, 2017 03:09:43 PM

@Hand Banana 5-10% fighting in the streets will decide the future of America. What % is out there now?

**kristall.night** #general_1 [server: Charlottesville 2.0] view
Jun 30, 2017 03:10:02 PM

Less than 1%

**Hand Banana** #general_1 [server: Charlottesville 2.0] view
Jun 30, 2017 03:10:04 PM

**kristall.night** #general_1 [server: Charlottesville 2.0] view
Jun 30, 2017 03:10:20 PM

Far less.

**ManWithTheHand** #general_1 [server: Charlottesville 2.0] view

**MI Goy Scouts - Official** 🎺
#general [585]
#memes [29]
#activism [270]
#propaganda [22]
#liftwaffe [231]
#liftwaffe [18]
#general [500]
#memes [65]
#general [300]
#memes [0]
#enlisted_chat [1,800]

**Center And Front**
#general [149]
#activism [19]

**Literally not TradWorker**
#welcome [3,605]
#rules [1]

**Totally not TradWorker**

**The Silver Guild**
#seekingservices [17]
#general [324]
#advice [15]
#announcements [6]
#offeringservices [11]
#seekingwork [50]
#seekingworkers [25]
#resumes [4]

**Nationalist Initiative**
#general [3,466]

**Fuck Discord**

**BasedGaming.JPG**
#general [3,673]
#spam-posting [56]

**tradworker**

Jun 30, 2017 03:10:23 PM

Ok, so wouldn't it be smart to recruit more to our team?

**Fevs**   #general_1   [server: Charlottesville 2.0] view
Jun 30, 2017 03:10:36 PM

**kristall.night**   #general_1   [server: Charlottesville 2.0] view
Jun 30, 2017 03:10:43 PM

If you want people to fight in the streets, you don't attract them by being nice.

**ManWithTheHand**   #general_1   [server: Charlottesville 2.0] view
Jun 30, 2017 03:10:48 PM

And how do we recruit more ppl?

**kristall.night**   #general_1   [server: Charlottesville 2.0] view
Jun 30, 2017 03:11:08 PM

By fighting, and inspiring others to do the same.

**ManWithTheHand**   #general_1   [server: Charlottesville 2.0] view
Jun 30, 2017 03:11:10 PM

I never said "be nice"

**ManWithTheHand**   #general_1   [server: Charlottesville 2.0] view
Jun 30, 2017 03:11:43 PM

Burning porn instead of books is being nice?

**Hand Banana**   #general_1   [server: Charlottesville 2.0] view
Jun 30, 2017 03:11:56 PM

Why did you say we should burn porn instead of books again?

**kristall.night**   #general_1   [server: Charlottesville 2.0] view

#tradworker [9,849]
#announcements [9]
#events [156]
#tradworker [1,573]
#homesteading [235]
#recommended-reading [313]
#events [606]
#welcome-mat [2]
#posters-dankoc [415]
#tradworker [6,032]
#tradworker [1,604]
#health_and_training [3,549]
#find-a-ride [332]
#events [0]
#music [994]
#cryptoautism [912]
#tradworker [157,502]
#health_and_training [0]

**TWP Right Brothers**
#welcome [935]

**Far Right Escape Pod Alpha One**
#identity_europa [277]
#oldgeneral [0]
#general [520]

**Tattoos4lyfenukka**
#general [59]

**Montreal Storm**
#general [11,150]
#general-new [38]
#autism [182]

Users & indexed messages

*As users' handles are added to the system, messages are indexed here.*

*Work in progress: Please report bugs to Unicorn Riot*

Jun 30, 2017 03:12:01 PM

It's the reasoning behind it, @ManWithTheHand

**kristall.night**   #general_1   [server: Charlottesville 2.0] view
Jun 30, 2017 03:12:22 PM

Not the material to burn itself, but why you're avoiding Marxist literature

**ManWithTheHand**   #general_1   [server: Charlottesville 2.0] view
Jun 30, 2017 03:12:33 PM

Because it sends a more powerful messages that more ppl can understand.

**Hand Banana**   #general_1   [server: Charlottesville 2.0] view
Jun 30, 2017 03:12:50 PM

Thats not true

**ManWithTheHand**   #general_1   [server: Charlottesville 2.0] view
Jun 30, 2017 03:13:06 PM

It's a matter of opinion

**Hand Banana**   #general_1   [server: Charlottesville 2.0] view
Jun 30, 2017 03:13:11 PM

No, it's not.

**kristall.night**   #general_1   [server: Charlottesville 2.0] view
Jun 30, 2017 03:13:22 PM

What people do you think are going to help us win? People who are offended because we burn "gender studies and implicit white bias"?

**Hand Banana**   #general_1   [server: Charlottesville 2.0] view
Jun 30, 2017 03:13:34 PM

https://youtu.be/XtGOQFf9VCE



Credits: A team of anonymous developers implemented this chat log and content viewer with help from Unicorn Riot collective members.
Version 2.0-1

**Boru** #general_1 [server: Charlottesville 2.0] view
Jun 30, 2017 03:13:36 PM

Why don't we just burn a cross? <:pepe:321791202578006017>

**ManWithTheHand** #general_1 [server: Charlottesville 2.0] view
Jun 30, 2017 03:13:38 PM

I agree that both are powerful images. But I'm taking into consideration the circumstances

**Hand Banana** #general_1 [server: Charlottesville 2.0] view
Jun 30, 2017 03:13:45 PM

This is where right leaning NeoCons are at right now

**Hand Banana** #general_1 [server: Charlottesville 2.0] view
Jun 30, 2017 03:14:07 PM

Do you think that a message about burning literature that inspires the behavior they are upset about would resonate more or less than burning playboys?

**Fevs** #general_1 [server: Charlottesville 2.0] view
Jun 30, 2017 03:15:01 PM

The media would spin that as us silencing intellectual speech

**ManWithTheHand** #general_1 [server: Charlottesville 2.0] view
Jun 30, 2017 03:15:06 PM

I think less informed ppl will understand burning playboys more than a book they've never heard of.

**Hand Banana** #general_1 [server: Charlottesville 2.0] view
Jun 30, 2017 03:15:12 PM

STOP CARING ABOUT THE MEDIA

Unicorn Riot is a registered 501(c)(3) nonprofit educational media collective