# Exhibit 10



## Unicorn Riot Discord Leaks

Unicorn Riot obtained hundreds of thousands of messages from white supremacist and neo-nazi Discord chat servers after Charlottesville. Unicorn Riot Discord Leaks opens far-right activity centers to public scrutiny through data journalism.

[ full coverage | support our work | about us | follow on tw: @ur ninja | livestream | facebook | vimeo ]

### Chat Server List

**Anticom**
#general [188,296]
#rules_and_pastebin [0]
#rules_and_pastebin [6]

**Southern Front**
#operations [230]
#updates [65]
#general [26,997]

**Pony Power**
#my-little-pony-memes [93]
#general-chat [304]
#nuances-of-pony-politics [248]
#faces-of-rainbow-ponies [469]

**Charlottesville 2.0**
#beltway_bigots [613]
#promotion_and_cyberstrike [165]
#safety_planning [835]
#dixie-lyrics [2]
#ky_tn [32]
#shuttle_service_information [172]
#ny_nj [29]
#mod_help [426]
#flags_banners_signs [686]
#sponsors_only [12]
#ma_ct_ri [80]

## Search the Discord chat database

[Search query]
[Charlottesville 2.0 ▼] [Search]

## Message by kristall.night, in Charlottesville 2.0, #general_1

**Herrenvolk - MD**  #general_1  [server: Charlottesville 2.0] view
Jul 12, 2017 06:34:24 PM

Damn, well I made sure there was plenty of police coverage in DC.

**Herrenvolk - MD**  #general_1  [server: Charlottesville 2.0] view
Jul 12, 2017 06:34:37 PM

Because I didn't want there to be a fight

**PrimitveXaoc**  #general_1  [server: Charlottesville 2.0] view
Jul 12, 2017 06:35:52 PM

There were 130 on ground for the KKK rally

**PrimitveXaoc**  #general_1  [server: Charlottesville 2.0] view
Jul 12, 2017 06:35:58 PM

You had no where near that.

#confirmed_participants [299]

#lodging [159]

#i_need_a_sponsor [40]

#alex_jones_chat [989]

#sunday-night [49]

#chants- [9]

#midwest_region [41]

#voice_chat [42]

#friday-night [158]

#carpool_wanted [123]

#great_lakes_region [83]

**#general_1** [22,919]

#georgia [38]

#pennsylvania [69]

#vt_nh_me [8]

#lodging_wanted [142]

#news [1,050]

#tx_ok [70]

#virginia_laws [510]

#questions_for_coordinators [435]

#gear_and_attire [1,315]

#lodging_available [66]

#self_promotion [254]

#code_of_conduct [2]

#jukebox [114]

#pictures_and_video [48]

#demonstration_tactics [483]

#california_pacific_nw [74]

#carolinas [593]

#florida [190]

#announcements [67]

#carpool_available [112]

#dc_va_md [320]

#antifa_watch [1,683]

**Front And Center**

#general [47]

#general [1,269]

#general [466]

#general [790]

---

**PrimitveXaoc**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:36:17 PM

They also had a helicopter, swat, state police, dogs etc

**Herrenvolk - MD**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:36:47 PM

Fuck off there were at least 150

**ManWithTheHand**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:36:49 PM

don't be a shit starter, be a shit finisher.

**PrimitveXaoc**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:37:05 PM

130 police

**Herrenvolk - MD**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:37:14 PM

Oh okay

**PrimitveXaoc**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:37:35 PM

We had 1000 protesting

**PrimitveXaoc**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:38:19 PM

They are marketing August to be a worse threat to the towns people than the KKK rally. They're bringing in people from all over. Don't underestimate the craziness that will ensue.

**PrimitveXaoc**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:38:50 PM

#general [265]
#general [154]
#announcements [181]
#general [604]
#general [256]
#network_creation [746]
#contact_info [50]
#nirlv_general [257]
#general [290]
#general [607]
#general [62]
#nirlv_general [297]
#general [461]
#general [495]
#general [150]
#general [509]
#general [353]
#general [1,347]
#general [241]
#general [113]
#general [457]
#general [136]
#general [469]
#general [315]
#general [843]
#general [8,900]
#social-media [421]
#activism [4,702]
#contact_info [31]
#general [414]
#general [435]
#general [328]
#general [233]
#general [449]

**Operation Wolverine**
#commander-chat [50]
#verified [293]
#general [537]

It was said over and over the Rally this past weekend was a dry run for August.

**PrimitveXaoc**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:40:40 PM

They're also still trying to get the permit revoked. Everyday. I have been constantly using the smoothness of the D.C. Rally as an example of what our gatherings are like without the 'opposition' I plan to speak about it at the next council meeting as well.

**AltRightMick**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:40:42 PM

What was the aggression level in D.C.? I heard they were throwing shit.

**PrimitveXaoc**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:40:55 PM

Zero aggression or issues in DC

**PrimitveXaoc**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:41:32 PM

D.C. Was so quiet, nice enough I had my baby with me. I wouldn't dream of that in Cville.

**MadDimension**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:43:40 PM

@everyone who is asking about Friday you absolutely want to be here Friday night. Details will be released soon

**Date** ✓ HammerBrother™   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:44:05 PM

it's just a question of the hour, the later the better, we're driving 12 hours to get there

**Havamal**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:44:20 PM

**MI Goy Scouts - Official** ✋

#general [585]

#memes [29]

#activism [270]

#propaganda [22]

#liftwaffe [231]

#liftwaffe [18]

#general [500]

#memes [65]

#general [300]

#memes [0]

#enlisted_chat [1,800]

**Center And Front**

#general [149]

#activism [19]

**Literally not TradWorker**

#welcome [3,605]

#rules [1]

**Totally not TradWorker**

**The Silver Guild**

#seekingservices [17]

#general [324]

#advice [15]

#announcements [6]

#offeringservices [11]

#seekingwork [50]

#seekingworkers [25]

#resumes [4]

**Nationalist Initiative**

#general [3,466]

**Fuck Discord**

**BasedGaming.JPG**

#general [3,673]

#spam-posting [56]

**tradworker**

---

The sooner the better. At least to those who need to know for planning.

**Havamal**   #general_1   [server: Charlottesville 2.0]   view
Jul 12, 2017 06:44:27 PM

@MadDimension

**kristall.night**   #general_1   [server: Charlottesville 2.0]   view
Jul 12, 2017 06:44:38 PM

Get there before dark ✋

**WASP-VA**   #general_1   [server: Charlottesville 2.0]   view
Jul 12, 2017 06:44:44 PM

DC is a different ballgame. The police know how to handle protests. C-Ville isn't as experienced and might get mixed orders from the cuck mayor and Bellamy

**PrimitveXaoc**   #general_1   [server: Charlottesville 2.0]   view
Jul 12, 2017 06:45:21 PM

Well there were plenty of state police and they don't take orders from them thank god.

**WASP-VA**   #general_1   [server: Charlottesville 2.0]   view
Jul 12, 2017 06:45:28 PM

Good

**MadDimension**   #general_1   [server: Charlottesville 2.0]   view
Jul 12, 2017 06:45:47 PM

The Friday action will be after 9pm

**PrimitveXaoc**   #general_1   [server: Charlottesville 2.0]   view
Jul 12, 2017 06:45:50 PM

Everyone is crying about the brutality 😊

#tradworker [9,849]
#announcements [9]
#events [156]
#tradworker [1,573]
#homesteading [235]
#recommended-reading [313]
#events [606]
#welcome-mat [2]
#posters-dankoc [415]
#tradworker [6,032]
#tradworker [1,604]
#health_and_training [3,549]
#find-a-ride [332]
#events [0]
#music [994]
#cryptoautism [912]
#tradworker [157,502]
#health_and_training [0]

**TWP Right Brothers**
#welcome [935]

**Far Right Escape Pod Alpha One**
#identity_europa [277]
#oldgeneral [0]
#general [520]

**Tattoos4lyfenukka**
#general [59]

**Montreal Storm**
#general [11,150]
#general-new [38]
#autism [182]

Users & indexed messages

*As users' handles are added to the system, messages are indexed here.*

*Work in progress: Please report bugs to Unicorn Riot*

---

**Date** ✓ **HammerBrother ™**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:46:03 PM

ok if it's after 9pm we should make it

**AltRightMick**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:48:48 PM

@MadDimension Nice, late Friday night works.

**AltRightMick**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:49:35 PM

Also, we drive like dicks here in Illinois, consistently above the speed limit. How should I drive down South?

**Herrenvolk - MD**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:50:45 PM

People in MD drive like retards... so just don't drive like a retard

**Thomas Morrow**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:51:18 PM

@AltRightMick go the speed limit. Southern cops need the ticket money

**AltRightMick**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:51:52 PM

I figured. Get a rental car with a Southern state license plate too?

**Thomas Morrow**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:52:01 PM

Especially if they know you're from out of town...

**Thomas Morrow**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:52:29 PM



Credits: A team of anonymous developers implemented this chat log and content viewer with help from Unicorn Riot collective members.
Version 2.0-1

So yeah, may be a good idea

**Andrew--**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:54:54 PM

https://itsgoingdown.org/charlottesville-kkk-protesters-describe-brutal-police-crackdown/

**Andrew--**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:55:07 PM

hopefully the police will be this strict with this protest

**Andrew--**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:55:26 PM

and hopefully articles like this will deter other protesters

**Tyrone**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:57:44 PM

@WASP-VA The Mayor isn't a cuck he's a Jew.
A Jew would only be a cuck if he was actually supporting open borders for Israel and Jewish ethnic displacement.

**WASP-VA**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 06:58:21 PM

Duly noted

**Jossur Surtrson**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 07:08:36 PM

@MadDimension @Eli Mosley
☒

**junker**   #general_1   [server: Charlottesville 2.0] view
Jul 12, 2017 07:11:29 PM

Keep an eye out for [REDACTED], got it.

Unicorn Riot is a registered 501(c)(3) nonprofit educational media collective

Log In