# Exhibit 11

# Unicorn Riot Discord Leaks

Unicorn Riot obtained hundreds of thousands of messages from white supremacist and neo-nazi Discord chat servers after Charlottesville. Unicorn Riot Discord Leaks opens far-right activity centers to public scrutiny through data journalism.

[ full coverage | support our work | about us | follow on tw: @ur_ninja | livestream | facebook | vimeo ]

## Chat Server List

**Anticom**
#general [188,296]
#rules_and_pastebin [0]
#rules_and_pastebin [6]

**Southern Front**
#operations [230]
#updates [65]
#general [26,997]

**Pony Power**
#my-little-pony-memes [93]
#general-chat [304]
#nuances-of-pony-politics [248]
#faces-of-rainbow-ponies [469]

**Charlottesville 2.0**
#beltway_bigots [613]
#promotion_and_cyberstrike [165]
#safety_planning [835]
#dixie-lyrics [2]
#ky_tn [32]
#shuttle_service_information [172]
#ny_nj [29]
#mod_help [426]
#flags_banners_signs [686]
#sponsors_only [12]
#ma_ct_ri [80]
#confirmed_participants [299]
#lodging [159]
#i_need_a_sponsor [40]
#alex_jones_chat [989]
#sunday-night [49]
#chants- [9]
#midwest_region [41]
#voice_chat [42]
#friday-night [158]
#carpool_wanted [123]
#great_lakes_region [83]
#general_1 [22,919]
#georgia [38]
#pennsylvania [69]
#vt_nh_me [8]
#lodging_wanted [142]
#news [1,050]
#tx_ok [70]
#virginia_laws [510]
#questions_for_coordinators [435]
#gear_and_attire [1,315]
#lodging_available [66]

## Search the Discord chat database

[Search query]  [Charlottesville 2.0 ▼]  [Search]

## Message by kristall.night, in Charlottesville 2.0, #gear_and_attire

**Americana - MD**  #gear_and_attire  [server: Charlottesville 2.0]  view
Jul 21, 2017 01:17:29 AM
^^

**Anthony**  #gear_and_attire  [server: Charlottesville 2.0]  view
Jul 21, 2017 01:17:33 AM
the same way I would use a gun - only when necessary

**Furor_Tuetonicus**  #gear_and_attire  [server: Charlottesville 2.0]  view
Jul 21, 2017 01:17:35 AM

#self_promotion [254]
#code_of_conduct [2]
#jukebox [114]
#pictures_and_video [48]
#demonstration_tactics [483]
#california_pacific_nw [74]
#carolinas [593]
#florida [190]
#announcements [67]
#carpool_available [112]
#dc_va_md [320]
#antifa_watch [1,683]

**Front And Center**
#general [47]
#general [1,269]
#general [466]
#general [790]
#general [265]
#general [154]
#announcements [181]
#general [604]
#general [256]
#network_creation [746]
#contact_info [50]
#nirlv_general [257]
#general [290]
#general [607]
#general [62]
#nirlv_general [297]
#general [461]
#general [495]
#general [150]
#general [509]
#general [353]
#general [1,347]
#general [241]
#general [113]
#general [457]
#general [136]
#general [469]
#general [315]
#general [843]
#general [8,900]
#social-media [421]
#activism [4,702]
#contact_info [31]
#general [414]
#general [435]
#general [328]
#general [233]
#general [449]

**Operation Wolverine**
#commander-chat [50]
#verified [293]
#general [537]

**MI Goy Scouts - Official 🐐**
#general [585]



Anthony  #gear_and_attire  [server: Charlottesville 2.0]  view
Jul 21, 2017 01:17:51 AM
the question was asking about legality

Furor_Tuetonicus  #gear_and_attire  [server: Charlottesville 2.0]  view
Jul 21, 2017 01:17:57 AM

#memes [29]
#activism [270]
#propaganda [22]
#liftwaffe [231]
#liftwaffe [18]
#general [500]
#memes [65]
#general [300]
#memes [0]
#enlisted_chat [1,800]

**Center And Front**
#general [149]
#activism [19]

**Literally not TradWorker**
#welcome [3,605]
#rules [1]

**Totally not TradWorker**

**The Silver Guild**
#seekingservices [17]
#general [324]
#advice [15]
#announcements [6]
#offeringservices [11]
#seekingwork [50]
#seekingworkers [25]
#resumes [4]

**Nationalist Initiative**
#general [3,466]

**Fuck Discord**

**BasedGaming.JPG**
#general [3,673]
#spam-posting [56]

**tradworker**
#tradworker [9,849]
#announcements [9]
#events [156]
#tradworker [1,573]
#homesteading [235]
#recommended-reading [313]
#events [606]
#welcome-mat [2]
#posters-dankoc [415]
#tradworker [6,032]
#tradworker [1,604]
#health_and_training [3,549]
#find-a-ride [332]
#events [0]
#music [994]
#cryptoautism [912]
#tradworker [157,502]
#health_and_training [0]

**TWP Right Brothers**
#welcome [935]

"If I get hit my return hit will have the knife in my hand"

**Furor_Tuetonicus** #gear_and_attire [server: Charlottesville 2.0] view
Jul 21, 2017 01:18:18 AM

Yes i know Anthony I understand your clarification

**Anthony** #gear_and_attire [server: Charlottesville 2.0] view
Jul 21, 2017 01:18:31 AM

10-4 we are good

**Furor_Tuetonicus** #gear_and_attire [server: Charlottesville 2.0] view
Jul 21, 2017 01:18:34 AM

But since americana wants to be a smart ass

**Furor_Tuetonicus** #gear_and_attire [server: Charlottesville 2.0] view
Jul 21, 2017 01:18:37 AM

There it is

**Anthony** #gear_and_attire [server: Charlottesville 2.0] view
Jul 21, 2017 01:18:47 AM

haha its all good

**Anthony** #gear_and_attire [server: Charlottesville 2.0] view
Jul 21, 2017 01:19:21 AM

But lets not be niave - they will have weapons - will they engage with us - probably not

**Americana - MD** #gear_and_attire [server: Charlottesville 2.0] view
Jul 21, 2017 01:19:22 AM

Every time someone suggests defending themselves people seem to assume it's the same thing as wanting to commit acts of violence

**Americana - MD** #gear_and_attire [server: Charlottesville 2.0] view
Jul 21, 2017 01:19:30 AM

It's annoying

**Americana - MD** #gear_and_attire [server: Charlottesville 2.0] view
Jul 21, 2017 01:19:39 AM

Especially when it's within legality

**Furor_Tuetonicus** #gear_and_attire [server: Charlottesville 2.0] view
Jul 21, 2017 01:19:52 AM

That isnt whst the conversation is about and you know it

**Americana - MD** #gear_and_attire [server: Charlottesville 2.0] view
Jul 21, 2017 01:20:09 AM

I make this point time and time again...

**Furor_Tuetonicus** #gear_and_attire [server: Charlottesville 2.0] view
Jul 21, 2017 01:20:10 AM

Stabbing someone who punches you is within debatable legaility and is not the smart move

**Furor_Tuetonicus** #gear_and_attire [server: Charlottesville 2.0] view
Jul 21, 2017 01:20:16 AM

I dont care

**Anthony** #gear_and_attire [server: Charlottesville 2.0] view
Jul 21, 2017 01:20:31 AM

I agree

**Americana - MD** #gear_and_attire [server: Charlottesville 2.0] view
Jul 21, 2017 01:20:52 AM

**Far Right Escape Pod Alpha One**
#identity_europa [277]
#oldgeneral [0]
#general [520]

**Tattoos4lyfenukka**
#general [59]

**Montreal Storm**
#general [11,150]
#general-new [38]
#autism [182]

Users & indexed messages

*As users' handles are added to the system, messages are indexed here.*

*Work in progress: Please report bugs to Unicorn Riot*



Credits: A team of anonymous developers implemented this chat log and content viewer with help from Unicorn Riot collective members.
Version 2.0-1

I agree with you. However I'm not going to police someone on how they should defend their life in this situation

**kristall.night**  #gear_and_attire  [server: Charlottesville 2.0] view
Jul 21, 2017 01:21:06 AM

Do not bring: regular cell phone (if you do, make sure you have a good lock on it), weapons you're inexperienced with using in a fight in a crowded area, flip flops/sandals, masks, contact lenses, illegal substances.

Do bring: water, tourniquet if you have one, a camera that you don't mind being damaged or stolen, good boots/shoes, baby shampoo, shields if you have them, a helmet, banners/flags, a good flag pole, a way to contact the group you came with, sunglasses, knowledge of local laws & exfil plans, etc...

I think Eli will be posting a comprehensive list soon.

**Furor_Tuetonicus**  #gear_and_attire  [server: Charlottesville 2.0] view
Jul 21, 2017 01:21:11 AM

I will when it is something that would make a horrible media scene on all fronts

**Heinz - MI**  #gear_and_attire  [server: Charlottesville 2.0] view
Jul 21, 2017 01:21:52 AM

I'll tell you how to defend yourself: if somebody punches you, do not stab them. You will go to jail.

**Heinz - MI**  #gear_and_attire  [server: Charlottesville 2.0] view
Jul 21, 2017 01:22:08 AM

I should add, if an average person punches you.

**Americana - MD**  #gear_and_attire  [server: Charlottesville 2.0] view
Jul 21, 2017 01:22:11 AM

That's fun and good until someone from our side dies

**Furor_Tuetonicus**  #gear_and_attire  [server: Charlottesville 2.0] view
Jul 21, 2017 01:22:12 AM

If someone cannot defend themselves against non lethal force without immediately jumping to lethal force then that person is not a good person to be at the rally

**Heinz - MI**  #gear_and_attire  [server: Charlottesville 2.0] view
Jul 21, 2017 01:22:16 AM

If someone like Mike Tyson punches you, feel free.

**Americana - MD**  #gear_and_attire  [server: Charlottesville 2.0] view
Jul 21, 2017 01:22:31 AM

@Furor_Tuetonicus so we're barring all women?

**Americana - MD**  #gear_and_attire  [server: Charlottesville 2.0] view
Jul 21, 2017 01:22:36 AM

🤏

**Furor_Tuetonicus**  #gear_and_attire  [server: Charlottesville 2.0] view
Jul 21, 2017 01:22:36 AM

I wish

**Heinz - MI**  #gear_and_attire  [server: Charlottesville 2.0] view
Jul 21, 2017 01:22:47 AM

We should tbh

**kristall.night**  #gear_and_attire  [server: Charlottesville 2.0] view
Jul 21, 2017 01:22:54 AM

^^

**Americana - MD**  #gear_and_attire  [server: Charlottesville 2.0] view
Jul 21, 2017 01:23:00 AM

^^

**Furor_Tuetonicus**  #gear_and_attire  [server: Charlottesville 2.0] view
Jul 21, 2017 01:23:03 AM

Both TWP and league of the South are

**Furor_Tuetonicus**  #gear_and_attire  [server: Charlottesville 2.0] view
Jul 21, 2017 01:23:08 AM

But that is a finished convo

**Heinz - MI**  #gear_and_attire  [server: Charlottesville 2.0] view
Jul 21, 2017 01:23:17 AM

Rallys where violence is expected should not have women in attendence.

**Furor_Tuetonicus**  #gear_and_attire  [server: Charlottesville 2.0] view
Jul 21, 2017 01:23:18 AM

People will do what they will. I cant police everyone

**Americana - MD**  #gear_and_attire  [server: Charlottesville 2.0] view
Jul 21, 2017 01:23:27 AM

I don't believe any Vanguard gals are going

**Furor_Tuetonicus**  #gear_and_attire  [server: Charlottesville 2.0] view
Jul 21, 2017 01:23:36 AM

It'll take some girl getting bricked in the face until people learn

**Hand Banana**  #gear_and_attire  [server: Charlottesville 2.0] view
Jul 21, 2017 01:23:42 AM

It's only IE females attending

**Americana - MD**  #gear_and_attire  [server: Charlottesville 2.0] view
Jul 21, 2017 01:23:44 AM

If they are it's in secret. We keep them 100% separated tbh

Unicorn Riot is a registered 501(c)(3) nonprofit educational media collective

Log In