Marc J. Randazza, CA Bar No. 269535
Alex J. Shepard, CA Bar No. 295058
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel: 702-420-2001
ecf@randazza.com

*Attorneys for Movant,*
*Jane Doe*

Sean P. Rodriguez (SBN 262437)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Phone: 510/874-1000
Facsimile: 510/874-1460
srodriguez@bsfllp.com

*See signature page for complete list of counsel.*

*Attorney for Respondents, the*
*Plaintiffs in the Underlying Action*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: Motion of Non-Party JANE DOE<br><br>ELIZABETH SINES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JASON KESSLER, et al.,<br><br>    Defendant. | Case No. 3:18-mc-80080-JCS<br><br>**STIPULATED REQUEST TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO QUASH A FOREIGN SUBPOENA; [PROPOSED] ORDER** |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 6(b), and Civil Local Rule 6-2, counsel on both sides of this action to quash a foreign subpoena stipulate to an order extending the time to file a reply in support of the motion to quash by two weeks. The current deadline to file a reply is June 13, 2018, and the proposed new deadline is June 27, 2018.

*   *   *

The underlying action was brought by Elizabeth Sines, et al. ("Respondents") on October 11, 2017 in the Western District of Virginia, where it remains pending. (*Sines v. Kessler*, No. 17-CV-72 (W.D. Va.).) Plaintiffs issued a subpoena to non-party Discord Inc. on January 2, 2018, returnable in this District. Non-party movant Jane Doe filed the instant action to quash that subpoena on May 16, 2018. After seeking and obtaining an extension of time to file its opposition brief, Respondents filed their opposition brief on June 6, 2018.

Movant's current deadline to file a reply in support of the motion to quash is June 13, 2018. Movant requests a two-week extension of time to file the reply brief, meaning the deadline will become June 27, 2018. Respondents stipulate to the new due date.

Aside from Respondents' stipulated request for additional time to file their opposition brief, no other requests for an extension have been made in this action. There is no hearing or argument date scheduled in this case that would be affected by the request. The accompanying declaration of Alex J. Shepard states Respondents' reasons for the requested change. (Civ. L.R. 6-2(a)(1).)

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 12, 2018   Respectfully submitted,

RANDAZZA LEGAL GROUP, PLLC

By: /s/ Alex J. Shepard
Marc J. Randazza (SBN 269535)
Alex J. Shepard (SBN 295058)
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Phone: 702-420-2001
ecf@randazza.com

*Attorneys for Movant,
Jane Doe*

Dated: June 12, 2018   BOIES SCHILLER FLEXNER LLP

By: /s/ Sean P. Rodriguez
Sean P. Rodriguez (SBN 262437)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Phone: 510/874-1000
Facsimile: 510/874-1460
srodriguez@bsfllp.com

Joshua J. Libling (admitted *pro hac vice*)
575 Lexington Avenue
New York, NY 10022
Phone: (212) 446-2300
Fax: (212) 446-2350
jlibling@bsfllp.com

*Attorney for Respondents, the
Plaintiffs in the Underlying Action*

## **FILER'S ATTESTATION**

I, Alex J. Shepard, am the ECF user whose identification and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories on this document have concurred in this filing.

/s/ Alex J. Shepard
Alex J. Shepard

**[PROPOSED]** **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 13, 2018          .

_____
Hon. Joseph C. Spero
United States Magistrate Judge

Case No. 3:18-mc-80080-JCS

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of June 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF upon counsel for Respondents, the Plaintiffs in the Underlying Action:

Sean P. Rodriguez
BOIES SCHILLER FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612

*Attorneys for Respondents,*
*the Plaintiffs in the Underlying Action*

I further certify that on this 12th day of June 2018, I served a true and correct copy of the foregoing document upon the following participants, listed below, via electronic mail:

Catherine M. del Fierro
PERKINS COIE LLP
1201 Third Ave., Ste. 4900
Seattle, WA 98101
CdelFierro@perkinscoie.com

*Attorney for Discord, Inc.*

Respectfully submitted,

/s/ Tim Bothell

Employee,
Randazza Legal Group, PLLC