# **EXHIBIT 1**

Declaration of
Jane Doe

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *IN RE: Motion of Non-Party JANE DOE,*<br><br>ELIZABETH SINES, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>JASON KESSLER, et al.,<br><br>    Defendants. | Case No. 3:18-cv-80080-JCS<br><br>*(pending in the United States District Court for the Western District of Virginia, Case No. 3:17-cv-72)*<br><br>**DECLARATION OF JANE DOE IN SUPPORT OF REPLY IN SUPPORT OF JANE DOE'S MOTION TO QUASH SUBPOENA FOR DOCUMENTS TO DISCORD, INC.** |

I, Jane Doe, declare:

1. I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have first-hand knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. I am not a party in the Underlying Suit or one of their counsel.

3. I identify as a member of the "alt-right." As such, I hold and express political views that much of society finds unpopular.

4. I had an account on the social media platform "Discord," and I used the Discord handle "Kristall_Night."

5. I used the Discord platform for communication with many different people on many different subjects. Communications on Discord to, from, and about me were not limited to messages on the Discord channels and servers at issue in the Underlying Suit. Many such communications had nothing whatsoever to do with any claim in the Underlying Suit and involved Discord users who had no involvement with the subject matter of the Underlying Suit.

6. I am aware that there has been a recent trend of people opposed to the "alt-right" making efforts to "dox" members of the "alt-right" upon learning their identity. I am aware of reported cases where this doxing has led to loss of employment opportunities, reputational harm, and even physical violence directed at members of the "alt-right."

7. I fear that if my identity were revealed in connection with the Underlying Suit, I would be subjected to similar harms, including but not limited to loss of employment, social ostracization, and and possible physical harm.

8. The possibility of being doxed makes me feel less willing to engage in honest political debate online, and makes me more inclined to water down any statements I might send to others for fear that I will suffer injury for doing so.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/27/2018.

*Jane Doe*
44B8EBEA91E94C6...

Jane Doe